UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN JOHN CRAIG,<br><br>           Petitioner,<br><br>     v.<br><br>SHERIFF D'AGOSTINI,<br><br>           Respondent. | Case No. 2:21-cv-01885-JDP (HC)<br><br>ORDER DIRECTING PETITIONER TO FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE FILING FEE |

Petitioner, a county inmate proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an *in forma pauperis* affidavit or paid the required filing fee ($5.00). *See* 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed *in forma pauperis* or submit the appropriate filing fee.

In accordance with the above, it is hereby ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, either an affidavit in support of his request to proceed *in forma pauperis* or the appropriate filing fee.

2. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed.

1

3. The Clerk of the Court is directed to send petitioner a copy of the *in forma pauperis* form used by this district.

IT IS SO ORDERED.

Dated:   October 22, 2021  

                    JEREMY D. PETERSON
                    UNITED STATES MAGISTRATE JUDGE